In the Matter of the Claim of Bessie Neidich, Respondent, against Storm Waterproofing Corporation and Another, Appellants. State Industrial Board, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of Abbie Jane Tanner, Respondent, against William H. Lenz and Another, Appellants. State Industrial Board, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

Anna E. Geier, as Administratrix, etc., of William P. Geier, Deceased, Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order reversed on the law and facts, and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of evidence on the question of contributory negligence. Cochrâne, P. J., McCann and Davis, JJ., concur; Van Kirk and Hinman, JJ., concur for reversal, but vote for dismissal, on the ground that the deceased was guilty of contributory negligence as a matter of law. (Raymer v. Rutland R. R. Co., 204 App. Div. 135, and cases cited 137; Cassidy v. Fonda, J. & G. R. R. Co., 200 id. 241; 202 id. 768; affd., 234 N. Y. 599; Spencer v. N. Y. C. & H. R. R. R. Co., 123 App. Div. 789; affd., 197 N. Y. 507; Heaney v. L. I. R. R. Co., 112 id. 122, 127; LaGoy v. Director-General of Railroads, 231 id. 191; Neuman v. Union R. Co., 243 id. 249; Allen v. Erie R. R. Co., 244 id. 542.)

In the Matter of the Claim of Sarah Jacobs, Respondent, against The Nassau Electric Railroad Company, Appellant. State Industrial Board, Respondent.— Decision of November 23, 1926,* amended to read as follows: Award to Sarah Jacobs unanimously affirmed, with costs to the State Industrial Board. Order entered December 20, 1926, amended to conform with amended decision. Record amended so as to include notice of appeal in claim of Israel Jacobs and as thus amended award to Israel Jacobs unanimously affirmed. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

John Waldron, Respondent, v. Ray B. Baker, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.